UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY FOBBS, et al., | Case No.  26-cv-00231-JD |
| Plaintiffs, | |
| v. | **ORDER RE REMAND** |
| CITY OF SAN LEANDRO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation, Dkt. Nos. 15, 18, the case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: March 10, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California